# ALABAMA COURT OF CRIMINAL APPEALS



December 6, 2024

**CR-2023-0805**
Jeremiah Wesley Irvin v. State of Alabama (Appeal from Clarke Circuit Court: CC-21-144)

# <u>NOTICE</u>

You are hereby notified that on December 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk